**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION-**
**CASE NO.**

**BRANDON KEITH BUCKLES d/b/a**
**THE AGENCY,**

       **Plaintiff,**

  **v.**

**TRUEACCORD CORP.,**

       **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant TrueAccord Corp., ("TAC") hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Miami Division, from Miami-Dade County, Florida and in support thereof avers as follows:

1.     TAC is a Defendant in a civil action originally filed on or about November 20, 2025, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, titled *Brandon Keith Buckles d/b/a The Agency v TrueAccord Corp.* and docketed to Case No. 2025-023080-CA-01.

2.     This removal is timely under 28 U.S.C. § 1446(b) as TAC received service of process on December 11, 2025.

3.     Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by TAC in the state court action.

4.     The United States District Court for the Southern District of Florida, Miami Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff

1

has filed claims against TAC alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5.      On this date, TAC provided notice of this Removal to Plaintiff and to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant TrueAccord Corp., respectfully removes this case to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:     */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎  (904) 373-0646
🖷  (904) 298-8350 (fax)
✉  lburnette@messerstrickler.com
✉  jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: December 31, 2025

2

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎   (904) 373-0646
🖨   (904) 298-8350 (fax)
✉   lburnette@messerstrickler.com
✉   jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: December 31, 2025

3